

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 5:26-CR-30
                                 18 U.S.C. § 371

MICHAEL PACK

## I N F O R M A T I O N

The United States Attorney Charges:

### Introduction

At all times relevant to this offense:

1. The Southern Regional Jail (SRJ) is a state correctional facility operated by the West Virginia Department of Corrections and Rehabilitation (WVDOCR) located at or near Beaver, Raleigh County, West Virginia, within the Southern District of West Virginia, and is responsible for the custody, control, care, and safety of inmates, including pretrial detainees.

2. The defendant, MICHAEL PACK, was employed by WVDOC as a correctional officer (CO) at SRJ from in or about April 2017 through May 2022.

3. Based on his training and experience as a CO at SRJ, the defendant, MICHAEL PACK, knew that COs could not use unreasonable force to punish inmates, including pretrial detainees. Defendant, MICHAEL PACK, also knew, based on his training and experience, that COs had a duty to intervene to stop fellow officers from using unreasonable force against inmates, including pretrial detainees.

## COUNT ONE

(Conspiracy to Deprive Inmates of the Right to Due Process, Including the Right to be Free from Unreasonable Force by Correctional Officers Acting Under Color of Law)

Beginning in or about November 2020, and continuing through in or about July 2021, at or near Beaver, Raleigh County, West Virginia, within the Southern District of West Virginia, the defendant, MICHAEL PACK, with other persons both known and unknown to the United States Attorney, knowingly and willfully combined, conspired, and agreed with one or more other people both known and unknown to the United States Attorney to commit an offense against the United States. Specifically, the defendant, MICHAEL PACK, conspired with others to violate 18 U.S.C. § 242 by depriving inmates, including pretrial detainees, at the SRJ of their free exercise and enjoyment of a right secured and protected by the Constitution and laws of the United States, namely, the right not to be deprived of due process of law, which included the right to be free from the use of unreasonable force by correctional officers that resulted in bodily injury.

### Purpose of the Conspiracy

1.  The purpose of the conspiracy for the defendant, MICHAEL PACK, and his co-conspirators was to strike, assault, and harm inmates, including pretrial detainees, with unreasonable and unjustified force to punish and retaliate against inmates,

including pretrial detainees, that the defendant, MICHAEL PACK, and his co-conspirators believed or perceived to have engaged in misconduct.

2. It was a further part of the conspiracy that the defendant, MICHAEL PACK, and his co-conspirators would escort inmates, including pretrial detainees, to locations inside the facility that were not equipped with, or within view of, video security cameras, in order to strike, assault, and harm the inmates, including pretrial detainees, without being detected or recorded and thereby avoided being held accountable for using unreasonable force against them.

3. It was a further part of the conspiracy that the defendant, MICHAEL PACK, and his co-conspirators would prepare false reports denying their unreasonable uses of force against inmates, including pretrial detainees, and failing to document injuries that inmates, including pretrial detainees, sustained during use of force incidents, so that defendant, MICHAEL PACK, and his co-conspirators who had used unreasonable force would not be investigated or held accountable for their actions.

### Overt Acts

4. In furtherance of the conspiracy, and to accomplish its objectives, the defendant, MICHAEL PACK, and his co-conspirators committed the following overt acts, among others,

from in or about November 2020, and continuing through in or about January 2022, at or near Beaver, Raleigh County, West Virginia, within the Southern District of West Virginia:

5. On or about November 16, 2020, the defendant, MICHAEL PACK, and two other co-conspirators, at the request of a third co-conspirator, went to the cell of pretrial detainee J.H. and used unreasonable force against J.H. to punish J.H. for kicking his door repeatedly. The defendant, MICHAEL PACK, and his co-conspirators went inside the cell, which was located in an area that they knew was not captured on the jail's video surveillance cameras. Once inside the cell, the defendant, MICHAEL PACK, and his co-conspirators sprayed J.H. with oleoresin capsicum spray and struck him repeatedly about the body, which they knew constituted unreasonable and unjustified force. The defendant, MICHAEL PACK, and his co-conspirators then brought J.H. to an interview room, another location that the defendant, MICHAEL PACK, and his co-conspirators knew was not captured on the jail's video surveillance cameras. There, multiple co-conspirators struck and hit J.H. using additional force that was unreasonable and unjustified while J.H. was handcuffed. The defendant did not intervene to stop his co-conspirators from assaulting J.H., despite having a reasonable opportunity to do so. J.H. suffered bodily injury, including pain and bruising, as a result of the actions of the defendant, MICHAEL PACK, and his co-conspirators.

6. On or about February 25, 2021, the defendant, MICHAEL PACK, responded to a call for officer assistance when pretrial detainee R.O. refused to comply with COs who were moving R.O. to a new housing unit. The defendant, MICHAEL PACK, and his co-conspirators used force to restrain and handcuff R.O. and then brought him to an interview room that they knew was not captured on the jail's video surveillance cameras. There, multiple co-conspirators struck and assaulted R.O., who was still handcuffed and not a threat. The defendant, MICHAEL PACK, knew that the force used against R.O. was unreasonable and unjustified, but he did not intervene to stop the assault, despite having a reasonable opportunity to do so. R.O. suffered bodily injury, including pain and bruising, as a result of the actions of the defendant, MICHAEL PACK, and his co-conspirators.

7. On or about July 23, 2021, the defendant, MICHAEL PACK, was present when COs used force against pretrial detainee D.M. in an interview room that was not captured on the jail's video surveillance cameras, and was present when COs escorted D.M. from the interview room while he was handcuffed and bleeding from the head. The defendant, MICHAEL PACK, then wrote an SRJ incident report that omitted that he and other COs had brought D.M. to the interview room and that falsely stated that D.M. had not sustained any injuries during the incident.

All in violation of Title 18, United States Code, Section 371.

        MOORE CAPITO
        United States Attorney

By: _____
        John J. Frail
        Assistant United States Attorney


        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

By: _____
        Christine M. Siscaretti
        Deputy Chief of Operations